| | |
|---|---|
| VICKIE R. SMITH | SUIT NO. 722611    SECTION: 24 |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| L'AUBERGE CASINO & HOTEL BATON ROUGE, PINNACLE ENTERTAINMENT, INC., PENN NATIONAL GAMING, INC., GAMING AND LEISURE PROPERTIES, JANE DOE, JOHN DOE (1) AND JOHN DOE (2) | PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

## INTERROGATORIES

TO:   Vickie R. Smith
*Through her attorney of record:*
Kimberly J. Fultz
11108 Audubon Drive
Hammond, LA 70403

**NOW INTO COURT**, through undersigned counsel, comes **PINNACLE ENTERTAINMENT, INC.**, who addresses and propounds the following written interrogatories to Bryant K. Balancier, through his attorney of record, to be answered under oath within thirty (30) days of service hereof, in accordance with *Louisiana Code of Civil Procedure Articles 1457 and 1458*:

### INTERROGATORY NO. 1

Please list your current name, all previous names and/or aliases, your current address, your date of birth and social security number.

### INTERROGATORY NO. 2

Please identify each and every witness to the incident alleged in your petition. Your response should include his or her name, address, and a brief statement of the facts of which he or she has knowledge.

### INTERROGATORY NO. 3

Please identify each and every person whom you intend to call at the trial of this matter. Your response should include his or her name, address, and a brief statement of the facts of which he or she as knowledge.

### INTERROGATORY NO. 4

Please identify each and every person from whom you, your attorney, or other representative have taken a statement, whether recorded or otherwise. Your response should include his or her name, address, and a brief statement of the facts of which he or she has knowledge.

## INTERROGATORY NO. 5

Please list the names and addresses of all doctors, chiropractors, physical therapists, and any other health care providers, including hospitals by whom you have been treated within the last ten (10) years.

## INTERROGATORY NO. 6

Please state in detail the nature of any physical injury which you claim to have received as a result of the incident which is the basis of this lawsuit.

## INTERROGATORY NO. 7

Please state the name and address of each and every health care professional who has treated or examined you for injuries received from the incident, which is the subject of this lawsuit, your response should include:

1. The name, clinic name, address and phone number of each health care professional; and
2. The dates of treatment for each provider.

## INTERROGATORY NO. 8

Has any health care professional discussed with you the possibility of surgery? If so, please list:

1. The health care provider's name, clinic name, phone number and address;
2. The nature of surgery discussed;
3. The date for any such surgery; and
4. The estimated cost of any such surgery.

## INTERROGATORY NO. 9

If you are currently employed or have been employed since the accident, for each such term of employment please state:

1. The name, address and phone number of each employer you have had since the accident;
2. Your occupation and/or job title;
3. Date of hire;
4. Date of termination;
5. Reason for termination.

## INTERROGATORY NO. 10

If you contend that as a result of the incident, which is the basis of this lawsuit, you were unable to perform any employment duties or attend work, please identify:

1. The name and addresses of your employer;

2. The nature and extent of your inability to work;

3. Your weekly, monthly and annual gross and net income at the time of the incident alleged in your petition.

4. The amount of past lost wages you have incurred; and,

5. Your estimated future lost wages.

## INTERROGATORY NO. 11

Please identify each and every expense or special damage which you contend you incurred as a result of the incident alleged in your petition. For each such expense or special damage, your response should include:

1. The dollar amount charged;

2. The dollar amount actually paid;

3. A statement as to whether this amount has been paid by you, or on your behalf by any third party including any defendant herein, or any personal liability, property damage, homeowner or health insurer providing coverage to you or others covering the special damages alleged to have been incurred;

4. A statement as to the reason it was incurred.

## INTERROGATORY NO. 12

Has any company, including but not limited to any health care provider, health insurer, workers compensation insurer, medical pay insurer, and Medicare or Medicaid, asserted either by notice or operation of law, any privilege or lien on your claim for medical special damages or any other special damages? If so, please state:

1. The name, address and phone number of the company, health care provider, Medicare or Medicaid contact or any other entity that has asserted the lien or privilege;

2. The amount of the lien or privilege; and,

3. The treatment dates and expenses paid.

## INTERROGATORY NO. 13

Have you filed any claim for damages, including personal injury, property damage, tort, workman's compensation or otherwise, in the form of legal proceedings or other written demand or claim in the last ten (10) years? If the answer to this interrogatory is "yes", please state the nature of the claim, the place it was filed, the suit title and claim or docket number, and the damages claimed by you.

## INTERROGATORY NO. 14

Have you been injured prior to or subsequent to the incident sued upon? If the answer to this interrogatory is "yes", please state the nature of each injury, the circumstances surrounding each injury, the date of each injury, the medical or chiropractic treatment received for each injury, if you suffered or continue to suffer from any such injury, if you suffered any residual disability and percentage of disability, if any.

## INTERROGATORY NO. 15

Have you injured yourself or been involved in any other potentially injurious incident or automobile accident prior to or subsequent to the incident sued upon? If the answer to this interrogatory is "yes", please provide:

1. The circumstances of the injury or accident;
2. The nature of the injuries;
3. Treatment received for the injury including dates of treatment, health care providers and status of the injury.

Respectfully Submitted:

KINCHEN, WALKER, BIENVENU,
BARGAS, REED & HELM, LLC

_____
Matthew W. Pryor (#23903)
9456 Jefferson Highway
Building III, Ste. F
Baton Rouge, LA 70809
Telephone: (225) 292-6704
Facsimile: (225) 292-6705
Email: mpryor@kwbbrlaw.com

*Attorney For Pinnacle Entertainment, Inc., Penn National Gaming, Inc. and Gaming and Leisure Properties*

*Certificate of service on next page.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was forwarded to all counsel of record by:

    __✓__ Email          _____ U.S. Mail

    _____ Hand Delivery     _____ Facsimile

on this __15th__ day of __September__ 2022, at Baton Rouge, Louisiana.

_____
Matthew W. Pryor

| | |
|---|---|
| VICKIE R. SMITH | SUIT NO. 722611   SECTION: 24 |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| L'AUBERGE CASINO & HOTEL BATON ROUGE, PINNACLE ENTERTAINMENT, INC., PENN NATIONAL GAMING, INC., GAMING AND LEISURE PROPERTIES, JANE DOE, JOHN DOE (1) AND JOHN DOE (2) | PARISH OF EAST BATON ROUGE   STATE OF LOUISIANA |

**REQUEST FOR PRODUCTION OF DOCUMENTS**

TO:  Vickie R. Smith
*Through her attorney of record:*
Kimberly J. Fultz
11108 Audubon Drive
Hammond, LA 70403

Pursuant to *Article 1461, et seq,* of the *Louisiana Code of Civil Procedure*, PINNACLE ENTERTAINMENT, INC., PENN NATIONAL GAMING, INC. AND GAMING AND LEISURE PROPERTIES requests that Vickie R. Smith produce the following at the offices of KINCHEN, WALKER, BIENVENU, BARGAS, REED & HELM, LLC, 9456 Jefferson Highway, Building 3, Suite F, Baton Rouge, Louisiana 70809, within thirty (30) days hereof, in accordance with the *Louisiana Code of Civil Procedure*:

1. Please produce copies of any and all medical bills, written medical reports, or any other document in any way related to any physical or mental treatment received by Vickie R. Smith, which you contend was necessitated as a result of the incident which is the subject of this lawsuit.

2. Please produce a copy of all lien or privilege notifications received by you or your attorney relative to any special damages incurred by you, including all recapitulations or payment logs.

3. Please produce a copy of every cell phone bill for every cell phone owned by you or provided to you for the month of the accident.

4. Please produce your federal and state income tax returns for the last five (5) years.

5. Please produce any and all documents, photographs, memoranda, notes, reports, records, or any type of writing or other graphic matter which you intend to introduce at the trial of this matter.

6. Please produce any and all documents in any way related to your responses to the interrogatories which have been filed in this matter.

7. Please execute the enclosed medical authorization form and return it along with

the other documents requested herein.

8. Please produce all photos taken of the restroom on the day of the fall, subsequent to the fall.

        Respectfully Submitted:

        KINCHEN, WALKER, BIENVENU,
        BARGAS, REED & HELM, LLC

        _____
        Matthew W. Pryor (#23903)
        9456 Jefferson Highway
        Building III, Ste. F
        Baton Rouge, LA 70809
        Telephone: (225) 292-6704
        Facsimile: (225) 292-6705
        Email: mpryor@kwbbrlaw.com

        *Attorney for Pinnacle Entertainment, Inc.,*
        *Penn National Gaming, Inc. and Gaming*
        *and Leisure Properties*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was forwarded to all counsel of record by:

    __✓__ Email               _____ U.S. Mail

    _____ Hand Delivery     _____ Facsimile

on this __15th__ day of __September__ 2022, at Baton Rouge, Louisiana.

        _____
        Matthew W. Pryor